UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TUCKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No. 25-cv-05197-NW <br><br> **ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF** <br><br> Re: ECF No. 18 |

On July 31, 2025, non-party MindCast AI LLC filed a motion for leave to file a brief of amicus curiae in support of Plaintiffs' "position regarding the legal framework for evaluating sophisticated securities fraud claims under Rule 10b-5." ECF No. 18. Defendants opposed the motion on August 14, 2025. A court may allow the submission of an amicus brief "when a party is not represented competently or is not represented at all, . . . or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Merritt v. McKenney*, No. C 13-01391 JSW, 2013 WL 4552672, at *4 (N.D. Cal. Aug. 27, 2013) (internal citations omitted). Here, Plaintiffs are represented by counsel, and the Court is not convinced that the amicus brief provides the Court with unique information or a unique perspective on the issues raised in this case. Accordingly, the Court DENIES the motion to file an amicus brief.

**IT IS SO ORDERED.**

Dated: August 18, 2025

Noël Wise
United States District Judge