POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ERIC TUCKER, Individually and on Behalf of All Others Similarly Situated, <br><br>    Plaintiff, <br><br> v. <br><br> APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH, <br><br>    Defendants. | Case No. 5:25-cv-05197-NW <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF VOLUNTARY DISMISSAL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Tucker v. Apple Inc. et al*, No. 5:25-cv-05197-NW (the "*Tucker* Action"), brought before the United States ("U.S.") District Court for the Northern District of California by plaintiff Eric Tucker ("Tucker"), has served an answer or motion for summary judgment;

WHEREAS, a putative class action alleging substantively identical securities fraud claims, on behalf of a substantively identical putative class (the "Class"), and against the same defendants as the *Tucker* Action is also pending before this Court under style of *City of Coral Springs Police Officers Pension Plan v. Apple Inc. et al*, No. 5:25-cv-06252-NW (the "*Coral Springs* Action");

WHEREAS, on August 12, 2025, the Court entered an Order, *inter alia*, designating the *Tucker* Action and the *Coral Springs* Action as related within the meaning of Civil L.R. 3-12 (Dkt. No. 21);

WHEREAS, on August 19, 2025, four putative class members filed motions seeking consolidation of the *Tucker* Action and the *Coral Springs* Action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 42(a), appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approval of lead counsel: (1) National Pension Service, on behalf of the National Pension Fund ("National Pension") (Dkt. No. 26); (2) Union Investment Luxembourg S.A. ("Union") (Dkt. No. 29); (3) Merseyside Pension Fund ("Merseyside") (Dkt. No. 33)[1]; and (4) KBC Asset Management NV ("KBC") (Dkt. No. 38);

WHEREAS, as of the time of this submission, the motions of National Pension, Union, and KBC remain pending;

---

[1] On August 20, 2025, Merseyside filed a notice of withdrawal of its motion. Dkt. No. 45.

1

NOTICE OF VOLUNTARY DISMISSAL - 5:25-CV-05197-NW

WHEREAS, Tucker respectfully submits that, given the pendency of the substantively identical *Coral Springs* Action, dismissal of the *Tucker* Action will not prejudice the claims of absent Class members or hinder the adjudication of the pending lead plaintiff motions (Dkt. Nos. 26, 29, 38);

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Tucker hereby voluntarily dismisses the *Tucker* Action, without prejudice, as to all defendants.

Dated: August 22, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Attorneys for Plaintiff*

**PROOF OF SERVICE**

I hereby certify that on August 22, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Jennifer Pafiti  
Jennifer Pafiti